UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

KIMBERLY WILLIAMS, )
)
    Plaintiff, )
) NO. CV-06-347-CI
   v. )
)
MICHAEL J. ASTRUE, ) **JUDGMENT IN A**
Commissioner of Social Security, ) **CIVIL CASE**
)
    Defendant. )
_____)

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. This matter is remanded to the Commissioner for an immediate award of benefits. Defendant's Motion for Summary Judgment is **DENIED** and Judgment is entered for Plaintiff.

DATED this 23rd day of July, 2007.

                                  JAMES R. LARSEN
                                District Court Executive/Clerk

                                s/ L. Stejskal
                                Deputy Clerk